**JoAnne S. WILSON Plaintiff-Appellant**

v.

**Nancy A. BERRYHILL, Acting Commissioner of Social Security Defendant-Appellee**

No. 17-1630

United States Court of Appeals, Eighth Circuit.

Submitted: December 18, 2017

Filed: December 21, 2017

JoAnne S. Wilson, Pro Se

Nicholas P. Llewellyn, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Missouri, Saint Louis, MO, Angela Gail Thornton-Millard, Assistant Regional Counsel, Social Security Administration, Office of General Counsel Region VII, Kansas City, MO, for Defendant-Appellee

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

PER CURIAM.

JoAnne S. Wilson filed a complaint in the district court challenging adverse decisions on her 2006 applications for disability insurance benefits and disabled widow's benefits. The district court[1] reversed and remanded, under sentence four of 42 U.S.C. § 405(g), for further development of the record, and Wilson appeals. We find no abuse of discretion in the district court's resolution of the issues Wilson raised below. See Higgins v. Apfel, 222 F.3d 504, 505 (8th Cir. 2000) (standard of review); see also Forney v. Apfel, 524 U.S. 266, 271, 118 S.Ct. 1984, 141 L.Ed.2d 269 (1998) (where claimant sought a reversal of denial of benefits and district court instead remanded under sentence four for further proceedings, claimant could appeal district court decision insofar as it denied her all relief she sought). Accordingly, we affirm. See 8th Cir. R. 47B.[2]

---

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Abbie Crites-Leoni, United States Magistrate Judge for the Eastern District of Missouri.

2. We note the record reflects multiple errors on the Social Security Administration's part in the handling of the applications at issue here, as well as in the handling of Wilson's prior applications. In light of this, we encourage the Commissioner to take appropriate measures to expedite the proceedings on remand.